Alan Westbrook
Nevada Bar No. 6167
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Telephone: (702) 727-1400
Facsimile:  (702) 727-1401
alan.westbrook@wilsonelser.com
*Attorneys for Defendant GNLV, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KARYNE BERKSON, an individual, | Case No.  2:25-cv-00927-EJY |
| Plaintiff, | |
| v. | **Stipulation and Order to Extend Discovery (First Request)** |
| GNLV, LLC, a Nevada limited liability company d/b/a GOLDEN NUGGET LAS VEGAS HOTEL & CASINO; DOE INDIVIDUAL(S) 1 through 40; ROE CORPORATION(S) 1 through 40; DOE EMPLOYEE(S) 1 through 40; ROE EMPLOYER(S) 1 through 40; DOE NEGLIGENT EMPLOYEE(S) 1 through 40; ROE NEGLIGENT COMPANY(IES) 1 through 40; DOE NEGLIGENT MAINTENANCE EMPLYEE(S) 1 through 40; ROE NEGLIGENT MAINTENANCE COMPANY(IES) 1 through 40; DOE NEGLIGENT INDIVIDUAL(S) 1 through 40; DOE LANDOWNER(S) 1 through 40; ROE LANDOWNER(S) 1 through 40; ROE LANDLORD(S) 1 through 40; ROE LESSOR(S) 1 through 40; roe lessee(s) 1 through 40; | |
| Defendants. | |

1

1. **Summary of Discovery Completed:** The Court entered an Amended scheduling order on July 21, 2025. All parties have made their Rule 26 disclosures of witnesses and documents and provided supplements thereto. Plaintiff has propounded written discovery in the form of Interrogatories, Requests for Production and Requests for Admission. Responses to their second set of written discovery are currently pending. Defendant has propounded initial written discovery in the form of Interrogatories and Requests for Production. Responses to Defendant's written discovery are pending. Medical Authorizations have been requested but not provided. An inspection of the subject premises has taken place and attended by experts.

2. **Discovery Remaining:** Plaintiff's deposition is in the process of getting scheduled. The deposition of the parties' expert will be necessary, as well as possible medical providers. Defendant needs to acquire medical records regarding Plaintiff's additional treatment since the subject incident, and the parties would like to engage in further settlement discussions prior to the disclosure of expert witnesses.

3. **Why the Remaining Discovery Could Not Be Completed:** Pursuant to LR 26-3, the parties are submitting this request to extend deadlines before 21 days of the expiration of the Initial Expert Disclosure Deadline of November 13, 2025. The parties respectfully present that for the following reasons good cause exists to warrant a 30 day extension in discovery deadlines.

4. **Discovery Plan**:

|  | **Current Schedule** | **Proposed Schedule** |
| --- | --- | --- |
| Amending the Pleadings and Adding Parties | October 14, 2025 | No Change |
| Initial Expert Disclosures | November 13, 2025 | December 15, 2025 |
| Rebuttal Expert Disclosures | December 12, 2025 | January 12, 2026 |
| Discovery Closes | January 12, 2026 | February 11, 2026 |
| Dispositive Motions | February 11, 2026 | March 13, 2026 |
| Pre-Trial Order, if no Dispositive Motions | March 13, 2026 | April 13, 2026 |

2

305034191v1
322901091v.1

|  |  |
|---|---|
| **WILSON ELSER**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>*/s/Alan Westbrook, Esq.*<br>Alan Westbrook, Esq.<br>Nevada Bar No. 6167<br>*Attorneys for GNLV, LLC* | **EGLET LAW**<br><br>*/s/ Joseph Troiano, Esq.*<br>Robert Eglet, Esq.<br>Nevada Bar No. 3402<br>Tracy Eglet, Esq.<br>Nevada Bar No. 6419<br>Joseph Troiano, Esq.<br>Nevada Bar No. 12505<br><br>Eric Willoughby, Esq.<br>**WILLOUGHBY SHULMAN INJURY LAWYERS**<br>Nevada Bar No. 10277<br>Stephen Shulman, Esq.<br>Nevada Bar No. 12093<br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 23, 2025

3