ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
TRACY A. EGLET. ESQ.
Nevada Bar No. 6419
JOSEPH J. TROIANO, ESQ.
Nevada Bar No. 12505
**EGLET LAW**
350 South Rampart Blvd, Suite 310
Las Vegas, NV 89145
Ph: (702) 450-5400; Fax: (702) 450-5451
E-Mail: eservice@egletlaw.com
-and
ERIC J. WILLOUGHBY, ESQ.
Nevada Bar No. 10277
STEPHEN M. SHULMAN, ESQ.
Nevada Bar No. 12093
**WILLOUGHBY SHULMAN**
**INJURY LAWYERS**
1480 Center Crossing Road, Ste. 280
Las Vegas, Nevada 89144
E-Mail: Eric@wslawlv.com
E-Mail: Stephen@wslawlv.com
Telephone: (702) 852-6688
Facsimile: (702) 852-0308
*Attorneys for Plaintiff*

EGLET LAW

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KARYNE BERKSON, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>GNLV, LLC, a Nevada limited liability company d/b/a GOLDEN NUGGET LAS VEGAS HOTEL & CASINO; GOLDEN NUGGET EXPERIENCE, LLC, a Nevada limited liability company; FERTITTA GROUP, INC., a Foreign limited liability company; FERTITTA ENTERTAINMENT, LLC, a Foreign limited liability company; LANDRY'S GAMING, LLC, a Domestic limited liability company; DOE INDIVIDUAL(S) 1 through 40; ROE CORPORATION(S) 1 through 40; DOE EMPLOYEE(S) 1 through 40; ROE | CASE NO.: 2:25-cv-00927-EJY<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING ON DEFENDANT GNLV, LLC'S MOTION FOR SUMMARY JUDGMENT** |

EMPLOYER(S) 1 through 40; DOE NEGLIGENT EMPLOYEE(S) 1 through 40; ROE NEGLIGENT COMPANY(IES) 1 through 40; DOE NEGLIGENT MAINTENANCE EMPLOYEE(S) 1 through 40; ROE NEGLIGENT MAINTENANCE COMPANY(IES) 1 through 40; DOE NEGLIGENT INDIVIDUAL(S) 1 through 40; DOE LANDOWNER(S) 1 through 40; ROE LANDOWNER(S) 1 through 40; ROE LANDLORD(S) 1 through 40; ROE LESSOR(S) 1 through 40; ROE LESSEE(S) 1 through 40;

Defendants.

EGLET LAW

**IT IS HEREBY STIPULATED AND AGREED,** between Plaintiff KARYNE BERKSON, by through his counsels of record, EGLET LAW and WILLOUGHBY SHULMAN INJURY LAWYERS, and Defendant GNLV, LLC, by and through its respective counsel of record, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP (collectively the "Parties"), hereby stipulate and agree to extend the following deadline by two weeks in order to allow Ms. Gill to convert her report in a declaration/affidavit form as follows:

1. That Defendant GNLV, LLC's Motion for Summary Judgement (the "Motion") was filed on July 31, 2026 [Docket No. 39].
2. Opposition to the motion is currently due on August 14, 2026.

. . .

. . .

. . .

. . .

3. The Parties hereby stipulate and agree to adjust the briefing schedule as follows:

   a. The Parties agree that Plaintiff's Opposition deadline will be adjusted to August 28, 2026 and that Defendant's Reply deadline will be adjusted to September 11, 2026 pursuant to Local Rule 7-2(b).

4. This request is made in good faith and not for the purposes of delay.

DATED this 10th day of August, 2026.

Submitted by:

*_/s/ Joseph J. Troiano, Esq._* __________
ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
TRACY A. EGLET. ESQ.
Nevada Bar No. 6419
JOSEPH J. TROIANO, ESQ.
Nevada Bar No. 12505
**EGLET LAW**
350 South Rampart Blvd, Suite 310
Las Vegas, NV 89145
Ph: (702) 450-5400; Fax: (702) 450-5451
E-Mail: eservice@egletlaw.com
-and
ERIC J. WILLOUGHBY, ESQ.
Nevada Bar No. 10277
STEPHEN M. SHULMAN, ESQ.
Nevada Bar No. 12093
**WILLOUGHBY SHULMAN INJURY LAWYERS**
1480 Center Crossing Road, Ste. 280
Las Vegas, Nevada 89144
E-Mail: Eric@wslawlv.com
E-Mail: Stephen@wslawlv.com
Telephone: (702) 852-6688
Facsimile: (702) 852-0308
*Attorneys for Plaintiff*

DATED this 7th day of August, 2026.

Approved as to form and content:

*_/s/ Alan Westbrook, Esq._* ______ ______
ALAN WESTBROOK, ESQ.
Nevada Bar No. 6167
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd., South, Suite 200
Las Vegas, Nevada 89119
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Email: alan.westbrook@wilsonelser.com
*Attorneys for Defendant GNLV, LLC*

**IT IS SO ORDERED**.

[signature]
U.S. MAGISTRATE JUDGE

**DATED:** August 10, 2026



EGLET LAW